UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NOAH JEMLEY,**

      **Plaintiff,**

**v.**                                 **Case No: 6:15-cv-801-Orl-41TBS**

**UMBWA, INC.,**

      **Defendant.**

                                      /

## ORDER

THIS CAUSE is before the Court on the Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice (Doc. 44). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 47), in which he recommends that the motion be denied.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 47) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion Requesting Order Approving Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice (Doc. 44) is **DENIED**.

3. **On or before July 24, 2017** the parties shall file either (1) a renewed motion for settlement approval or (2) a report as to the status of this litigation.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2017.



Copies furnished to:

Counsel of Record